UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS ROBINSON,

        Plaintiff,

v.

Case No. 1:22-cv-1178

Hon. Ray Kent

TIMOTHY BLADZIK and
UNKNOWN BURGESS,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Nicholas Robinson.

Dated: March 7, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge